# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **RAFAEL LLOVERA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 5:23-cv-01472-RDP-SGC |
| **JUDGE FLOYD CHAD**, *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on January 8, 2024 recommending all claims presented in this action be dismissed without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 9). The Magistrate Judge further recommended Plaintiff's motion seeking release from custody be denied. (*Id.*). Although the Magistrate Judge advised Plaintiff of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the claims presented in this action are due to be dismissed without prejudice for failing to state a claim upon which relief can be granted. The pending motion seeking release from custody is due to be denied.

A final judgment will be entered.

**DONE** and **ORDERED** this January 31, 2024.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE